IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MILLER INDUSTRIES, INC., | ) | CV 08-00464 SOM-LEK |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING |
| | ) | MAGISTRATE'S FINDINGS AND |
| vs. | ) | RECOMMENDATION |
| | ) | |
| A & H PARKING, INC. dba EASY PARK USA; ALBERT DE LINT; ARIE DE LINT; LES SOUDURES MULTI-TECH, INC.; JOHN DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; AND DOE OTHER ENTITIES 1-10, | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on January 29, 2010, and no objections having been filed by any party,

2

      IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

      IT IS SO ORDERED.

      DATED: Honolulu, Hawaii, February 17, 2010.



      /s/ Susan Oki Mollway
      Susan Oki Mollway
      Chief United States District Judge

Miller Industries, Inc. v. A&H Parking; CV 08-00464 SOM-LEK; ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION